**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 17, 2023**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00445-CV

## SHELLIST LAZARZ SLOBIN, LLP., Appellant

## V.

## BREWER & PRITCHARD, P.C., Appellee

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-29369**

## MEMORANDUM OPINION

This is an appeal from an order signed May 26, 2023. On October 6, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). We reinstate the appeal and grant the motion.

We dismiss the appeal and tax costs against appellant. Tex. R. App. P. 42.1(d).

PER CURIAM

Panel consists of Justices Jewell, Wilson and Spain.